**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>VELASCO, et al.,<br><br>    Defendants. | Case No. 1:12-cv-00250-DLB PC<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO AMEND COMPLAINT**<br><br>ECF No. 9 |

   Plaintiff Paul Montanez ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On October 16, 2012, the Court found that Plaintiff stated cognizable claims for relief against Defendants Velasco and Murry for deliberate indifference in violation of the Eighth Amendment.

   On November 2, 2012, the Court ordered service by the United States Marshal on Defendants. On November 5, 2012, Plaintiff filed a motion to amend his complaint. Leave to amend should be granted in this instance, as this is Plaintiff's first amendment prior to Defendant's filing a responsive pleading. Fed. R. Civ. P. 15(a).

   Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to amend, filed November 5, 2012, is granted;
2. The Clerk of the Court is directed to file Plaintiff's lodged amended complaint, filed at Electronic Case Filing No. 10.

IT IS SO ORDERED.

   Dated: __**January 23, 2013**__         /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE