IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL MONTANEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**VELASCO, et al.,**<br><br>Defendants. | Case No. 1:12-cv-00250-AWI-DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>(ECF No. 49) |

The Court has considered Defendants' request to modify the Discovery and Scheduling Order to extend the discovery and dispositive motion deadlines. Good cause appearing for that request, IT IS HEREBY ORDERED that the discovery deadline shall be extended to May 2, 2014, for the limited purpose of allowing Defendants to take Plaintiff's deposition, and the dispositive motion deadline shall be extended to July 2, 2014.

IT IS SO ORDERED.

Dated:   **March 6, 2014**                    /s/ Dennis L. Beck
                                                           UNITED STATES MAGISTRATE JUDGE