IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL MONTANEZ,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**VELASCO, et al.,**<br><br>　　　　　Defendants. | Case No. 1:12-cv-0250-AWI-DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO TAKE PLAINTIFF'S DEPOSITION BY VIDEOCONFERENCE**<br><br>(ECF No. 55.) |

　　　Plaintiff Paul Montanez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. On April 11, 2014, Defendants filed a motion to take Plaintiff's deposition by videoconference. (ECF No. 55.) For good cause shown, Defendants' motion is HEREBY GRANTED and Defendants may conduct Plaintiff's deposition by videoconference.

IT IS SO ORDERED.

　　　Dated: __**April 16, 2014**__　　　　　　　　　　　　／s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE