# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>      Plaintiff,<br><br>   v.<br><br>VELASCO, et al.,<br><br>      Defendants. | Case No. 1:12-cv-00250 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO FILE OBJECTIONS<br>[ECF No. 83]<br><br>ORDER STRIKING OBJECTIONS<br>[ECF No. 84] |

Plaintiff Paul Montanez ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 22, 2012. He filed a First Amended Complaint on November 5, 2012.

On May 4, 2015, the Magistrate Judge issued Findings and Recommendations that recommended Defendants' motion for summary judgment be granted. The parties were granted thirty days from the date of service of the Findings and Recommendations to file objections. Over thirty days passed and no party filed objections. On June 16, 2015, the undersigned adopted the Findings and Recommendations in full and granted Defendants' motion for summary judgment, thereby concluding the case.

On July 10, 2015, Plaintiff filed a motion for reconsideration. On July 20, 2015, he filed a "revised" motion for reconsideration as well as a motion requesting a 60-day extension of time to file a notice of appeal. On July 28, 2015, he filed a second motion for extension of time. On August

14, 2015, he filed a "re-revised" motion for reconsideration. On September 11, 2015, the Court denied Plaintiff's motions. The Court noted that Plaintiff had already filed a notice of appeal with the Ninth Circuit Court of Appeal, and Plaintiff's arguments presented no grounds for reconsideration.

On September 14, 2015, Plaintiff filed the instant request for permission to file objections to the Findings and Recommendation along with his objections. Plaintiff is advised that this case is on appeal to the Ninth Circuit Court of Appeal. Generally, the filing of a notice of appeal divests the district court of jurisdiction with respect to all matters involved in the appeal. Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982) (per curiam); Bermudez v. Duenas, 936 F.2d 1064, 1068 (9th Cir.1991); Gould v. Mutual Life Insurance Company of New York, 790 F.2d 769, 772 (9th Cir.1986); Scott v. Younger, 739 F.2d 1464, 1466 (9th Cir.1984); Davis v. United States, 667 F.2d 822, 824 (9th Cir.1982). Because the appeal is pending in the Ninth Circuit, this Court is without jurisdiction to consider Plaintiff's objections.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for permission to file objections is DENIED, and Plaintiff's objections are hereby STRICKEN.

IT IS SO ORDERED.

Dated:   October 6, 2015                            _____
                                                                              SENIOR DISTRICT JUDGE

2