# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL MONTANEZ,**<br><br>        **Plaintiff**<br><br>        v.<br><br>**VELASCO, et al.,**<br><br>        **Defendants** | **CASE NO. 1:12-CV-0250 AWI DLB**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR TRANSCRIPTS**<br><br>(Doc. No. 89) |

    On June 16, 2015, the Court adopted a Findings and Recommendation that had recommended granting Defendants' motion for summary judgment. See Doc. No. 68. Judgment was entered and the case was closed on the same day. See Doc. No. 69.

    On August 24, 2015, Plaintiff filed a notice of appeal. See Doc. No. 77.

    On September 14, 2015, the Court denied three motions for reconsideration and two motions for an extension of time.

    On October 21, 2015, Plaintiff filed a motion for transcripts to be used on appeal. See Doc. No. 89. Plaintiff states that he is indigent and is appealing June 2015 adverse judgment and the September 2015 post-judgment order. See id.

    On December 23, 2016, the Ninth Circuit affirmed this Court's actions, and mandate issued on January 17, 2017. See Doc. Nos. 90, 91.

    Plaintiff's motion for transcripts remains pending before the Court. After review, Plaintiff's motion will be denied. First, Plaintiff does not specify what transcripts he desires, and there were no hearings that occurred in this case. Second, Plaintiff's appeal has been resolved. The Ninth Circuit has affirmed this Court's orders and mandate has now issued. Thus, Plaintiff's motion is moot.

ORDER

Accordingly, IT IS HEREBY ORDERED that, for the reasons stated above, Plaintiff's motion for transcripts (Doc. No. 89) is DENIED.

IT IS SO ORDERED.

Dated:   February 23, 2017

SENIOR DISTRICT JUDGE

2